

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-16-00311-CV

| | | |
|---|---|---|
| Jeffrey D. Busby, Andrea Busby, and Busby Quarter Horse, L.L.C. | § | From the 271st District Court |
| | § | of Wise County (CV14-01-002) |
| v. | § | July 27, 2017 |
| Josh Harvey, DVM, and Outlaw Equine, L.L.C. | § | Opinion by Chief Justice Livingston |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants Jeffrey D. Busby, Andrea Busby, and Busby Quarter Horse, L.L.C. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Terrie Livingston
Chief Justice Terrie Livingston